■ In the Matter of SHEPARD ALSTER, Petitioner, v WILLIAM J. BRATTON, as Police Commissioner of the City of New York, Respondent. [639 NYS2d 692]

Respondent's determination that petitioner did not establish a special need to carry a concealed gun distinguishable from that of other persons engaged in the same profession is not arbitrary and capricious or an abuse of discretion (*see, Matter of Tartaglia v Kelly,* 215 AD2d 166). Concur—Milonas, J. P., Ellerin, Wallach, Nardelli and Mazzarelli, JJ.